IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-MC-00188-MCE-CKD |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT** |
| v. | |
| JOANN C. NASH, | |
| Defendant, | |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | |
| Garnishee. | |

The Court, having reviewed the court files and the United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment, and good cause appearing therefrom, hereby recommends that a final order of continuing garnishment be granted. Accordingly, IT IS RECOMMENDED that:

1. The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment be granted.

2. Garnishee California Public Employees' Retirement System (CalPERS) be directed to

pay to the Clerk of Court the twenty-five percent (25%) of defendant Joann C. Nash's monthly non-exempt, disposable retirement payments it has been withholding since December 28, 2018 (the Withheld Amount).

3. CalPERS shall deliver, within twenty (20) days of the filing of an Order Adopting the Findings and Recommendations Granting the United States' Application for a Final Order of Continuing Garnishment, a cashier's check, money order or company draft in the sum of the Withheld Amount, made payable to the Clerk of Court. CalPERS shall also provide the United States a written accounting, by pay period, of the amounts withheld from Defendant's retirement payments during the withholding period.

4. Following its payment of the Withheld Amount as stated in paragraph 3, above, CalPERS shall thereafter deliver, on a monthly basis, payments to the Clerk of Court until the earlier of: Defendant's full payment of the judgment amount; further order of this Court; or when CalPERS no longer has custody, possession or control of any property belonging to Defendant.

5. This is a continuing writ of garnishment against Defendant's CalPERS benefits, which shall remain in place until further court order. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

6. All payments shall be made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. CalPERS shall also state the docket number (Case No.: 2:10-cr-0051) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l)(C). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the

[PROPOSED] FINDINGS AND
RECOMMENDATIONS RE
WRIT OF GARNISHMENT

2

right to appeal the district court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: August 6, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND RECOMMENDATIONS RE WRIT OF GARNISHMENT