IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOANN C. NASH,<br><br>    Defendant,<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (CalPERS),<br><br>    Garnishee. | Case No.: 2:18-MC-00188-MCE-CKD<br><br>**ORDER TERMINATING CONTINUING GARNISHMENT (RETIREMENT BENEFITS)** |

Pending before the Court is the United States' application for an order terminating the continuing garnishment of defendant Joann C. Nash's (Nash) CalPERS retirement benefits (the Application). The United States seeks an order pursuant to 28 U.S.C. § 3205(c)(10)(C) because Nash has fully paid the criminal monetary penalties imposed in her judgment.

///

///

///

ORDER

The Court, having reviewed the court files and the United States' Application, and finding good cause therefrom, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Nash is hereby terminated pursuant 28 U.S.C. § 3205(c)(10)(C) and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER